AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>SHANT MICHAEL SOGHOMONIAN<br>(also known as Michael Soghomonian)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:24mj48<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 5, 2024__ in the county of __Chittenden__ in the
_____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damaged by means of fire the building at One Church Street in Burlington, Vermont—a building used in interstate commerce and as a place of activity affecting interstate commerce. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric Brimo, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/06/2024__                       _____
                                                               Judge's signature

City and state: __Burlington, Vermont__     Kevin J. Doyle, Magistrate Judge, U.S. District Court
                                                               Printed name and title