## ATTACHMENT B
## Items to be Searched for and Seized

1. Any and all evidence and/or instrumentalities of violations of 18 U.S.C. § 844(i) and, including the following evidence specific to this case:

    a. Any and all lighters, matches, liquid accelerant, containers specifically designed for liquid accelerant (e.g., butane gas or lighter fluid canisters), or other incendiary-related items;

    b. Any and all documents, records, and receipts relating to the purchasing or obtaining of lighters, accelerants, or other incendiary items along with items indicating their potential use, including ledgers, receipts, logbooks, notes, correspondence, customer records, purchase or order forms, mailing receipts or correspondence;

    c. Any and all documents, records, and receipts relating to travel plans for the possessor of the documents, including ledgers, receipts, logbooks, notes, correspondence, customer records, purchase or order forms, mailing receipts or correspondence;

    d. Any and all documents, records, and articles of personal property showing the identity of persons occupying, possessing, owning, frequenting, or controlling the Subject Properties including keys, rental agreements and records, motel rental documents, vehicle registration, vehicle title, vehicle insurance documents, photographs, personal items of an identifying nature, and storage records;

    e. Any and all documents, records and articles of personal property evidencing the planning, intent, or overt steps necessary to commit arson such as notebooks, journals, manifestos, or other documents;

    f. Any and all cellular telephones, tablets, computers, laptop computers or electronic devices capable of storing documents and records described above in digital form;

    g. An orange, red, or salmon-colored hat such as that worn by the individual who committed the arson as visible in video security footage surrounding the incident;

    h. A tote bag with an unknown logo, carried by the individual who committed the arson that is visible in video security footage from the incident (including examination of its contents for the items listed in this attachment).

2. For any device or storage medium whose seizure is authorized by this warrant in Section 1.f above (hereinafter, "DEVICE"), this warrant also authorizes the search of such device (including a forensic examination) for evidence of violations described above, as well as the following:

    a. Information regarding the identifying features of the DEVICE, including make, model, serial number, IMSI/IMEI/ESN/unique identifier, user-assigned name, and assigned phone number;

    b. Contact information in contact lists, including names, screen names, nicknames, phone numbers, and similar identifying information of associates, customers, and sources;

    c. Records of telephone numbers or message recipients to which communications were sent and from which communications were received, as well as the logs of incoming, outgoing, and missed calls, text messages, and similar communications;

    d. Location information of the DEVICE at various times pertinent to the investigation (which includes February 2024 to the present);

    e. Any information regarding bank records, checks, credit card bills, account information, and other financial records;

    f. Content of text messages, multimedia messages, numeric messages, alphanumeric

      messages, and voicemail messages;

g. Digital photographs, videos, and messages relating to individuals involved in or communicating about acts involving the use of fire or incendiary means; and

h. Evidence of user attribution (including the purpose of the DEVICE's use, who used it, and when) showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.